IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 4:25-CR-177-4-MPM-JMV

TRURON GRAYSON

## ORDER GRANTING DEFENDANT'S MOTION TO ALLOW TRAVEL

This matter comes before the Court on Defendant Truron Grayon's unopposed motion to allow travel outside the Northern District of Mississippi to Monroe, Louisiana on November 19, 2025, [*ECF Doc. 121*]. After due consideration, the Court finds the Defendant's motion should be granted. Defendant Grayson is allowed to travel to Monroe, Louisiana on November 19, 2025, and shall return immediately following the event.

SO ORDERED, this the 18th day of November, 2025.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI